# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

161161

ELIJAH WOODY,
          Plaintiff-Appellant,

v

AUTO CLUB INSURANCE ASSOCIATION,
a/k/a AAA OF MICHIGAN,
          Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161161
COA: 346182
Wayne CC: 16-014130-NF

On order of the Court, the application for leave to appeal the February 11, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

a1116